384 A.2d 998

Kirby, et al., Appellants, v. Joseph Horne Co.

Argued November 15, 1977. William Sloan Webber, for appellants; John M. Baginski, with him Wayman, Irvin & McAuley, for appellee.

Order affirmed.

384 A.2d 998

Kronenwetter, et vir. v. Saifee, Appellant et al.

Argued November 18, 1977. Robert S. Grigsby, with him Janet N. Valentine, for appellant; Sidney R. Finkel, with him Savage, Finkel and Wiedt, for appellees.

Order affirmed.